# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

**JOHN HART,**

*Plaintiff,*

v.

**THOMAS TARRANT, et al.,**

*Defendants.*

Case No. 2:17-cv-05055-JDW

## ORDER

**AND NOW**, this 30th day of October, 2019, upon consideration of John Hart's Motion for Summary Judgment (ECF No. 26), Thomas Tarrant and Kimberly Ann Mackey's Response in Opposition (ECF No. 33), Tarrant and Mackey's Motion for Summary Judgment (ECF No. 27), and Hart's Response in Opposition (ECF No. 30), including all attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Tarrant and Mackey's Motion for Summary Judgment (ECF No. 27) is **GRANTED**;

2. Hart's Motion for Summary Judgment (ECF No. 26) is **DENIED**;

3. Summary judgment is **ENTERED** in favor of Tarrant and Mackey and against Hart; and

4. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.